OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | TELEPHONE<br>215-597-2995 |

**Western (Pittsburgh)** Clerk of District Court   Date **11/22/05**
(District)

**In Re: USA v. Lucas**      C.A. Nos. **04-3966**
(Caption)

**Paul Lucas**
(Appellant)

**Civil No. 00-cr-00215-9**
(D.C. No.)

**COPY**

Enclosures:

___**11/22/05**___ Certified copy of C. of A. Order by the **Court**/Clerk
(Date)

*___**X**___ Record **(Rec'd)**

*_____ Supplemental Record **(First)**

*_____ Exhibits

*_____ State Court Record

**RECEIVED**

**DEC 07 2005**

CLERK, U.S. DISTRICT COURT
 T DIST. OF PENNSYLV

___**X**___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s) _____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

  Chanel R. Graham   (267)-299-**4955**
   Case Manager      Telephone Number

* _Lyzette Martins_ (267)-299-**4914**
   Record Processor   Telephone Number

Receipt Acknowledge:

12-05-2005

_____
(Name)

_____
(Date)                                                    Rev. 4/3/03
                                                         Appeals (Record)

...

BPS-31
October 27, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **04-3966**

UNITED STATES OF AMERICA

v.

PAUL LUCAS
(W D/PA. Criminal No. 00-cr-00215)
(Criminal Treated As Civil)

Present: RENDELL, AMBRO and BECKER, <u>Circuit Judges</u>.

Submitted are:

(1) Appellant's notice of appeal which this court may wish to construe as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1); and

(2) Appellee's response; in the above-captioned case.

Respectfully,

Clerk

MMW/EAW/zm/crg

_____O R D E R_____

The foregoing request for a certificate of appealability is denied. For the reasons set forth by the District Court's Opinion, Appellant has not made a substantial showing of the denial of a constitutional right. <u>See</u> 28 U.S.C. § 2253(c).

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: November 22, 2005
CRG/cc: Mr. Paul Lucas
       Kelly R. Labby, Esq.



A True Copy:

Marcia M. Waldron, Clerk