PROC 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| DOCKET NUMBERS *(Tran. Court)* |
|---|
| 00-00215-009 |
| DOCKET NUMBER *(Rec. Court)* |
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Paul Lucas | WESTERN DISTRICT OF PENNSYLVANIA | PROBATION OFFICE |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Gustave Diamond |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 09/13/07 | TO 09/12/12 |
|---|---|---|

**OFFENSE**

Conspiracy to Import Into the United States in Excess of 5 Kilograms of Cocaine, 21 U.S.C. § 963

### PART 1 - ORDER TRANSFERRING JURISDICTION

        IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court. * Since restitution was ordered jointly and severally, the financial obligation will be maintained by the U.S. District Clerk, Western District of Pennsylvania.

_October 1, 2007_
Date

_Gustave Diamond_
United States District Judge

**\*This sentence may be deleted in the discretion of the transferring Court.**

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

        IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_10-10-07_
Effective Date

_United States District Judge_

2007 OCT 15 PH 3: 05
CLERK
U S DISTRICT COURT